IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:20-CV-00241

| | |
|---|---|
| PENNY WORLSEY, ) | |
|         PLAINTIFF ) | |
| ) | |
| v. ) | **DEFENDANT BAGWELL HOLT** |
| ) | **SMITH P.A.'S MOTION FOR** |
| BAGWELL HOLT SMITH P.A., ) | **EXTENSION OF TIME TO SERVE A** |
| AMBERLYNN VALLEY ) | **RESPONSIVE PLEADING** |
| HOMEOWNERS ASSOCIATION, INC. ) | |
| AND COMMUNITY ASSOCIATION ) | |
| MANAGEMENT, LIMITED, ) | |
|         DEFENDANT ) | |

Defendant Bagwell Holt Smith, P.A. ("Bagwell"), through counsel, respectfully states to the Court that additional time is needed for the investigation and preparation of a responsive pleading or other response to the Complaint in the above case, and respectfully moves the Court for an extension of time within which to serve a responsive pleading or otherwise respond.

In support of this Motion, Bagwell shows the Court as follows:

1. The Complaint in this action was served on Bagwell on March 17, 2020.

2. The time for answering or presenting other defenses does not expire until April 7, 2020.

3. There is additional information which needs to be reviewed before the undersigned will be in a position to adequately prepare and serve a responsive pleading or other response to the Complaint.

4. This motion is filed in good faith for the reasons stated and not for purposes of delay.

5. Counsel for Plaintiff consents to this extension of time.

WHEREFORE, Defendant Bagwell Holt Smith, P.A., prays the Court extend the time for Bagwell to prepare and serve a responsive pleading or otherwise respond to the Complaint up to and including May 12, 2020.

CRANFILL SUMNER & HARTZOG LLP

BY:   /s/ Richard T. Boyette
Richard T. Boyette/N.C. Bar No. 7623
Cranfill Sumner & Hartzog LLP
Post Office Box 27808
Raleigh, North Carolina 27611-7808
Telephone:   (919) 828-5100
Facsimile:    (919) 828-2277
Email: rtb@cshlaw.com

*Attorneys for Defendant Bagwell Holt Smith, PA*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
No. 1:20-CV-00241

| | | |
|---|---|---|
| PENNY WORLSEY, | ) | |
|     PLAINTIFF | ) | |
| | ) | |
| v. | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| BAGWELL HOLT SMITH P.A., | ) | |
| AMBERLYNN VALLEY | ) | |
| HOMEOWNERS ASSOCIATION, INC. | ) | |
| AND COMMUNITY ASSOCIATION | ) | |
| MANAGEMENT, LIMITED, | ) | |
|     DEFENDANT | ) | |

The undersigned attorney hereby certifies that on April 3, 2020 the forgoing *Motion Requesting an Extension of time to Answer Complaint* was filed via CM/ECF, which automatically served counsel of record as set out below:

    Craig M. Shapiro
    Law Offices of John T. Orcutt, PC
    1738 Hillandale Road, Suite D
    Durham, North Carolina 27705
    cshapiro@johnorcutt.com
    Attorney for Plaintiff

    CRANFILL SUMNER & HARTZOG LLP

    BY:   /s/ Richard T. Boyette
    Richard T. Boyette/N.C. Bar No. 7623
    Cranfill Sumner & Hartzog LLP
    Post Office Box 27808
    Raleigh, North Carolina 27611-7808
    Telephone:   (919) 828-5100
    Facsimile:   (919) 828-2277
    Email: rtb@cshlaw.com
    *Attorneys for Defendant Bagwell Holt Smith, PA*

3

4818-3602-7577, v. 1

Case 1:20-cv-00241-LCB-JLW   Document 9   Filed 04/03/20   Page 3 of 3