IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
No. 1:20-CV-00241

| | | |
|---|---|---|
| PENNY WORLSEY, | ) | |
| PLAINTIFF | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| BAGWELL HOLT SMITH P.A., | ) | |
| AMBERLYNN VALLEY | ) | |
| HOMEOWNERS ASSOCIATION, INC. | ) | |
| AND COMMUNITY ASSOCIATION | ) | |
| MANAGEMENT, LIMITED, | ) | |
| DEFENDANT | ) | |

In the above-entitled action, Defendant Bagwell Holt Smith, P.A., made application for additional time within which to serve a responsive pleading to the Complaint or otherwise respond;

IT IS NOW ORDERED that this defendant be and is hereby granted additional time within which to serve a responsive pleading or other defenses to the Complaint in this action, up to and including May 12, 2020.

This the ___ day of April, 2020.

_____
Clerk of Court, US District Court
for the Middle District of North Carolina