# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# Civil Case No. 1:20-cv-00241-LCB-JLW

| | |
|---|---|
| PENNY WORLSEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) **JOINT NOTICE OF SETTLEMENT** |
| vs. | ) |
| | ) |
| BAGWELL HOLT SMITH P.A., AMBERLYNN VALLEY HOMEOWNERS ASSOCIATION, INC., and COMMUNITY ASSOCIATION MANAGEMENT, LIMITED, | ) |
| | ) |
| Defendants. | ) |

Plaintiff Penny Worsley and Defendants Amberlynn Valley Homeowners Association, Inc., Community Association Management, Limited, and Bagwell Holt Smith P.A. notify this Court that they have reached a resolution of all claims alleged in this matter against all Defendants. The parties are circulating a settlement agreement that will memorialize the resolution reached by them.

The parties anticipate filing a stipulation of dismissal with prejudice of all claims asserted in this matter within sixty (60) days of this filing.

Regarding the pending motion to dismiss filed by Amberlynn Valley Homeowners Association, Inc. and Community Association Management, Limited, those Defendants do not expect Plaintiff to file a response to the motion due to the resolution reached by the parties.

In anticipation of the stipulation of dismissal to be filed within sixty (60) days, the parties request that this Court take no further action in this matter, including regarding the pending motion to dismiss.

/s/ Craig M. Shapiro
Craig M. Shapiro
NC State Bar No.: 48887
Law Offices of John T. Orcutt, P.C.
1738 Hillandale Road, Suite D
Durham, North Carolina 27705
Telephone: (919) 286-1695
cshapiro@johnorcutt.com
*Counsel for Plaintiff*

/s/ David G. Williams
David G. Williams
NC State Bar No.: 48161
Ragsdale Liggett PLLC
PO BOX 31507
Raleigh, North Carolina 31507
Telephone: (919) 787-5200
dwilliams@rl-law.com
*Counsel for Defendants Amberlynn Valley Homeowners Association, Inc. and Community Association Management, Limited*

/s/ Rabee R. El-Jaouhari
Rabee R. El-Jaouhari
NC State Bar No. 49184
Cranfill Sumner & Hartzog LLP
5420 Wade Park Blvd., Ste. 300
Raleigh, North Carolina 27607
Telephone: (919) 863-8718
rjaouhari@cshlaw.com
*Counsel for Defendant Bagwell Holt Smith P.A.*

## CERTIFICATE OF SERVICE

I, Craig Shapiro, certify that on June 21, 2020, the foregoing document was filed electronically in accordance with the local rules and was therefore served electronically on those entities that have properly registered for such electronic service as follows:

>David G. Williams
>dwilliams@rl-law.com
>William W. Pollock
>bpollock@rl-law.com
>
>*Counsel for Defendants Amberlynn Valley Homeowners Association, Inc. and Community Association Management, Limited*
>
>Rabee R. El-Jaouhari
>rjaouhari@cshlaw.com
>Richard T. Boyette
>rtb@cshlaw.com
>
>*Counsel for Defendant Bagwell Holt Smith P.A.*

>/s/ Craig Shapiro
>Craig Shapiro